1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Marshawn Jones

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          ) No.   CR-09-0970 MMC
                                        )
12 |         Plaintiff,                 )
                                        ) STIPULATION AND [PROPOSED]
13 |    v.                              ) ORDER CONTINUING STATUS
                                        ) DATE EXCLUDING TIME UNDER 18
14 | MARSHAWN JONES,                    ) U.S.C. § 3161
                                        )
15 |         Defendant.                 )
                                        )
16 | _____    )

18     The parties are scheduled to appear before this Court on December 9, 2009 at 2:30 p.m. for

19 status or change of plea.  The defense requests additional time to prepare, investigate and negotiate

20 the case.  The government has no objection to that request.  The parties request that the matter be

21 continued to January 6, 2010 at 2:30 p.m. or some date thereafter convenient to the Court.

22     The parties also agree that the time between December 9, 2009 and January 6, 2010 should be

23 excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of

24 counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting

25 such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

26 STIP. AND [PROPOSED] ORDER
   CONTINUING STATUS DATE AND
   EXCLUDING TIME UNDER 18 U.S.C. § 3161;
   CR-09-0970 MMC                          - 1 -

U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                JOSEPH P. RUSSONIELLO
                United States Attorney

DATED: December 8, 2009          /s/
                MATT MCCARTHY
                Assistant United States Attorney

DATED: December 8, 2009          /s/
                SHAWN HALBERT
                Assistant Federal Public Defender

For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from December 9, 2009 to ~~January 6,~~ January 13, 2010 is warranted because the failure to grant the requested continuance would deny the defense effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: December 8, 2009                _[signature]_
                                       THE HONORABLE MAXINE M. CHESNEY
                                       United States District Court