BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant Marshawn Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR-09-0970 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE FROM FEBRUARY 10, 2010 |
| MARSHAWN JONES, | ) | TO FEBRUARY 17, 2010 AND |
| | ) | EXCLUDING TIME UNDER 18 U.S.C. |
| Defendant. | ) | § 3161 |
| | ) | |

The parties are scheduled to appear before this Court on February 10, 2010 at 2:30 p.m. for setting or change of plea.  The defense requests that the matter be continued by one week to February 17, 2010 (or the next date convenient to the Court) for the following reason: defense counsel had a contact visit with Mr. Jones at North County Jail on February 4, 2010, at which time it became clear that an additional meeting was necessary; the next available contact visit is on the afternoon of February 9, 2010, but this will not give the parties sufficient time to complete plea negotiations and submit a plea agreement to the Court in the event that the case is going to resolve by plea.  The government has no objection to that request.

1    The parties also agree that the time between February 10, 2010 and February 17, 2010 should
2 be excluded under the Speedy Trial Act. The continuance is necessary for effective preparation of
3 counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting
4 such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
5 U.S.C. § 3161(h)(7)(A).

6 SO STIPULATED:

7                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney
8

9
10 DATED: February 5, 2010                  /s/
                                    MATT MCCARTHY
                                    Assistant United States Attorney
11

12
13 DATED: February 5, 2010                  /s/
                                    SHAWN HALBERT
                                    Assistant Federal Public Defender
14

15    For the reasons stated above, the Court finds that the continuance of time for the next hearing
16 before this court from February 10, 2010 to February 17, 2010 is warranted because the failure to
17 grant the requested continuance would deny the defense effective preparation of counsel; thus, the
18 ends of justice served by the continuance outweigh the best interests of the public and the defendant
19 in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

20

21 SO ORDERED.

22
23 DATED: February 8, 2010                  /s/ Maxine M. Chesney
24                                    THE HONORABLE MAXINE M. CHESNEY
                                   United States District Court Judge

25

26