1  BARRY J. PORTMAN
   Federal Public Defender
2  SHAWN HALBERT
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant Marshawn Jones

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )   No.  CR-09-0970 MMC
                                      )
12 |         Plaintiff,                )
                                      )   STIPULATION AND [PROPOSED]
13 |    v.                             )   ORDER CONTINUING STATUS
                                      )   DATE FROM MARCH 10, 2010 TO
14 | MARSHAWN JONES,                  )   MARCH 31, 2010 AND EXCLUDING
                                      )   TIME UNDER 18 U.S.C. § 3161
15 |         Defendant.                )
                                      )
16 |_____ )

18     The parties are scheduled to appear before this Court on March 10, 2010 at 2:30 p.m. for

19 setting or change of plea.  The parties requests that the matter be continued to March 31, 2010 (or

20 the next date convenient to the Court) so that the defense can obtain documents (either from the

21 government or independently) verifying the conviction to which defendant will stipulate in his plea

22 agreement.  The government is prepared to proceed on March 10, but understands the reason for the

23 defense's request for the documents and thus agrees to the continuance.

24     The parties also agree that the time between March 10, 2010 and March 31, 2010 should be

25 excluded under the Speedy Trial Act.  The continuance is necessary for effective preparation of

counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: March 9, 2010        /s/
        MATTHEW L. MCCARTHY
        Assistant United States Attorney

DATED: March 9, 2010        /s/
        SHAWN HALBERT
        Assistant Federal Public Defender

    For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from March 10, 2010 to March 31, 2010 is warranted because the failure to grant the requested continuance would deny the defense effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED:  March 9, 2010
        THE HONORABLE MAXINE M. CHESNEY
        United States District Court

STIP. AND ORDER CONT. STATUS DATE
AND EXCLUDING TIME
No. CR-09-0970 MMC    - 2 -